United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 15, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| PERMICO MIDSTREAM PARTNERS HOLDINGS, LLC, *et al.*, | § | Case No. 20-32437 (MI) |
| | § | (Jointly Administered) |
| Debtors[1] | § | |
| CORPAC STEEL PRODUCTS CORP., | § | |
| Plaintiff, | § | |
| Vs. | § | Adversary No. 20−03126 |
| PERMICO MIDSTREAM PARTNERS, LLC and HGC MIDSTREAM INV LLC, | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

It is ORDERED that all claims and counterclaims asserted in this proceeding by Plaintiff Corpac Steel Products Corp. and Defendant HGC Midstream INV, LLC, are dismissed with prejudice, with each party to bear its own costs.

Signed: July 14, 2022

Marvin Isgur
United States Bankruptcy Judge

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: Permico Midstream Partners Holdings, LLC (6374) and Permico Midstream Partners LLC (7902). The location of the Debtors' corporate headquarters and service address is 9301 Southwest Freeway, Suite 308, Houston, TX 77074.